UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW KRAMER,

    Plaintiff,

  v.

PACHYINSKI,

    Defendant.

Case No. 22-cv-03803-WHO (PR)

**ORDER CLOSING ACTION**

In my prior order, I granted defendant's motion for summary judgment and gave plaintiff Andrew Kramer leave to file an amended complaint by February 1, 2024, through which he could pursue his claims against San Quentin State Prison under the Americans With Disabilities Act and the Rehabilitation Act. (Dkt. No. 23.) He has filed nothing since the last order was filed and the filing deadline for the amended complaint has expired. Accordingly, the Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** February 22, 2024



WILLIAM H. ORRICK
United States District Judge